UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wesley Mullins,

Plaintiff,

Civil File No. 00-614 (PAM/ESS)

v.

James Bruton, Steve Ayers, Dr. Ken Carlson, Dr. L. Chang, and Dr. Al Goldsten,

Defendants.

**ORDER**

---

The above-entitled matter is before the Court upon the Report and Recommendation by United States Magistrate Judge E. S. Swearington (Docket No. 7) dated March 17, 2000. Defendants, Dr. L. Chang and Dr. Al Goldstein, have filed no objections to that Report and Recommendation in the time period permitted for objections. See Rule 72(b), Fed. R. Civ. P.; Local Rule 72.1(c). Therefore, based upon all the files, records and proceedings in this matter, the court ADOPTS the Report and Recommendation.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's claims against Defendants, James Bruton, Steve Ayers, and Dr. Ken Carlson, be dismissed pursuant to 28 U.S.C. § 1915A(b)(1); and

2. Plaintiff be allowed to continue to prosecute his claims against the two remaining named defendants at this time.

Dated: April 5, 2000.

Paul A. Magnuson
United States District Court Judge

FILED APR 0 5 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______