# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wesley Mullins

Plaintiff

v.

James Bruton, Steve Ayers, Dr. Ken Carlson, Dr. L. Chang, and Dr. A. Goldstein

Defendants

Case No. Civil 00-614 PAM/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for appointment of counsel is denied. Plaintiff's motion to amend the complaint is granted. Plaintiff's motion for voluntary dismissal without prejudice is granted. This action is dismissed without prejudice. Plaintiff's motion for production of documents is denied as moot. Plaintiff's motion to reconsider is denied as moot. Plaintiff's motion to compel discovery is denied as moot. Plaintiff's motion to strike Defendant's answer is denied as moot. Defendant Chang's motion for statutory dismissal is denied. Defendant Chang's motion for a protective order is denied as moot.

DATE: March 1, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk